1 **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
2 225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
3 Telephone: (626) 449-1882
Facsimile:  (626) 449-1958
4 decker@luch.com

5 Counsel for Plaintiff, Trustees of the
Operating Engineers Pension Trust
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANCES H. BURDETTE, an individual, DONIS M. RUGGIERI, an individual, DARLENE M. DUBOIS, an individual, and JOHN EDWIN DIETRICH, II, an individual,<br><br>  Defendants. | CASE NO.:  CV-11-10704-MMM (Ex)<br><br>**JUDGMENT** |

This action having been commenced on December 27, 2011, and the Court having approved the stipulation of the parties for entry of judgment, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.     The Trust has pension death benefits ("Benefits") in the total sum of $140,484.75, which includes interest and a lump sum benefit of $2,500, payable on the account of a deceased participant in the Trust, John Dietrich ("Dietrich").  Except for the Lump Sum, the Benefits are payable monthly in the form of a single life annuity, with a 120 month guarantee.  The Benefits began to accrue on April 1, 2006,

1 and the Trust now holds that portion of the Benefits which accrued from the foregoing
2 date through the date of the parties' stipulation in the sum of $91,428.75 ("Accrued
3 Amount"). From the Accrued Amount, the Trust shall pay as follows:

    a. The Trust shall pay Ruggieri the sum of $11,800.00, and nothing further shall be paid by the Trust to Ruggieri.

    b. The Trust shall pay Dubois the sum of $10,000.00, and nothing further shall be paid by the Trust to Dubois.

    c. The Trust shall pay John Edwin the sum of $10,000.00, and nothing further shall be paid by the Trust to John Edwin.

    d. The Trustees shall be awarded attorneys' fees and costs in the sum of $7,116.50, which amounts will be withheld from the Accrued Amount and retained by the Trust.

    e. After payment of all amounts in paragraphs 1a, 1b, 1c and 1d, the Trust shall pay Burdette the sum of $52,512.25 from the Accrued Amount.

2. Beginning on the first of the month after entry of judgment, and after the amounts set forth in paragraphs 1a, 1b, 1c, 1d and 1e have been paid in full, the Trust shall pay the remaining forty eight monthly payments of $1,022 each, due from the Benefits, to Burdette pursuant to the rules of the Operating Engineers Pension Plan ("Plan") until the total sum of $49,056 in monthly payments has been paid in full. In the event Burdette does not survive to receive the amounts payable to her pursuant to this Stipulation, then any remaining sums otherwise due to Burdette shall be paid to Burdette's son Bradley D. Burdette ("Bradley"). If Bradley does not survive until the balance of such benefits has been paid in full, then any remaining Benefits otherwise payable to Bradley shall be paid in accord with the rules of the Plan.

3. The total amount of Benefits payable by the Trustees from the Trust to Burdette, or to Burdette and Bradley if Burdette does not survive to receive such total, shall be $101,568.25. This sum includes the initial payment of $52,512.25 required

by paragraph 1e above and the total of the monthly payments, $49,056, required by paragraph 2 above.  Upon payment of the total of $101,568.25 to Burdette, or to Burdette and Bradley, nothing further shall be payable to Burdette or to Bradley from the Trust.

    4.    Each defendant shall be, and hereby is, restrained from instituting any action or actions against the Trustees relating to the Benefits payable from the Trust other than to enforce the stipulation of the parties or this Judgment which is based upon the parties' stipulation.

    5.    The Trustees are hereby released, acquitted and discharged from all claims or liability to the defendants in this action, or any of them, except that the Trust shall be obligated to pay all amounts required by this Judgment or any order of the court made pursuant to the parties' stipulation.

    6.    The defendants shall each be responsible for any federal and state taxes due upon the amounts awarded and paid to them pursuant to the Judgment or any order of the Court.  Bradley shall be responsible for any federal and state taxes due upon the amounts awarded and paid to him pursuant to the Judgment or any order of the Court.  It is acknowledged and agreed that the Trust's attorneys' fees and costs retained by the Trust pursuant to paragraph 1d above will be retained from Benefits which would otherwise have been awarded to Burdette pursuant to the agreement of the parties which formed the basis of their stipulation.

This order constitutes a final judgment under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: March 15, 2012                  *Margaret M. Morrow*
                                        The Honorable Margaret M. Morrow
                                        United States District Court Judge